UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHANNON DEHM | § | |
| | § | CIVIL ACTION NO: |
| | § | |
| *Plaintiff* | § | 3:15-cv-00422-JWD-RLB |
| v. | § | |
| | § | JUDGE JOHN W. DEGRAVELLES |
| VOLKSWAGEN GROUP OF AMERICA, INC., | § | |
| VW CREDIT, INC., AND | § | MAG RICHARD L. BOURGEOIS |
| NORTHSHORE VOLKSWAGEN, LLC. | § | |
| | § | |
| *Defendants* | § | JURY TRIAL REQUESTED |
| | § | |

### NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES COURT:

Plaintiff, **SHANNON DEHM**, and Defendants, **VOLKSWAGEN GROUP OF AMERICA, INC.**, **VW CREDIT, INC.**, and **NORTHSHORE VOLKSWAGEN, LLC.**, have reached a settlement in this matter. Plaintiff and Defendants will submit an agreed motion of dismissal with prejudice within 60 days.

RESPECTFULLY SUBMITTED:

BY:/s/ *Richard C. Dalton*
Richard C. Dalton
Texas Bar No. 24033539
Louisiana Bar No. 23017
California Bar No. 268598
1343 West Causeway Approach
Mandeville, Louisiana 70471
E-mail: rdalton746@aol.com
Tel. (985) 778-2215
Fax: (985) 778-2233

ATTORNEY FOR PLAINTIFF

-1-

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2015, I electronically filed this document through the CM/ECF system, which will send a notice of electronic filing to all parties through their attorney of record on file with the court.

_____*Richard C. Dalton*_____
　　　　　　　　　RICHARD C. DALTON